UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

FILED
U.S. DISTRICT COURT
DISTRICT OF VT
01/14/22

5:22-mc-4

In re: RELEASE OF GRAND JURY TESTIMONY
TO THE U.S. PROBATION OFFICE

## GENERAL ORDER NO. 106

Pursuant to F.R.Crim.P. 6(e)(3)(E)(i), the court authorizes the United States Attorney's Office for the District of Vermont to disclose grand jury testimony and other information submitted to the grand jury to the United States Probation Office for the District of Vermont and counsel for the defendant for use in the preparation of pre-sentence reports within the District of Vermont. This authorization includes the summary reports submitted for sentencing following supervised release violations. No additional court authorization is required for disclosure to the United States Probation Office and defense counsel for these purposes. This Order is not intended to, and does not, impose any new discovery obligations on the Government.

It is further ORDERED that defense counsel may not copy these transcripts or provide the actual transcripts to the defendant or another third party without prior authorization by the court. Any motion for copying or production of such transcripts to the defendant or another third party must be served on the Government. This Order does not limit defense counsel's ability to show grand jury transcripts produced by the Government to the defendant. At the conclusion of the matter, defense counsel shall return to the U.S. Attorney's Office or destroy any materials produced to defense counsel under this Order. The Government shall include a copy of this general order with any disclosure to defense counsel.

Dated at Burlington, in the District of Vermont, this 14th day of January, 2022.

_____
Geoffrey W. Crawford
Chief Judge